**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                               ]
                                     ]    Case No. 13-10233
Keisha Moseley                       ]    Chapter 13
                                     ]
                                     ]    Judge Janet S. Baer
                    Debtors.         ]    Conf.: August 1, 2013 10:30 a.m.

**NOTICE OF FILING**

To:   See Attached Service List

Please take notice that on the 19th day of July, 2013 I filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois through the Court's CM/ECF System GREATER CHICAGO FINANCE COMPANY'S Objection to Confirmation, a copy of which is attached hereto.

                              GREATER CHICAGO FINANCE COMPANY

                                  /s/ Matthew D. Creen
                                  MATTHEW D. CREEN


MATTHEW D. CREEN, an attorney, certifies that he served true and correct copies of the foregoing notice and pleading on the parties named on the attached service list by the method shown on said service list on the 20th day of July, 2013.

                                  /s/ Matthew D. Creen
                                  MATTHEW D. CREEN

MATTHEW D. CREEN
8401 W. Roosevelt Rd.
Forest Park, Il. 60130
(708) 771-7100
ARDC No.    06195736

## SERVICE LIST
### In re: Moseley
### Case No: 13-10233

**Debtor (Via US Mail)**

Keisha Moseley
1373 W. Springs Circle
Palatine, IL 60074

**Debtor's Attorney (Via CM/ECF)**

Martin A. Lear, Esq.
Law Offices of Ernesto Borges
105 West Madison
23rd Floor
Chicago, IL 60602

**U.S. Trustee (Via CM/ECF)**

Office of the US Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

**Chapter 13 Trustee (Via CM/ECF)**

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603